Certificate Number: 00927-NJ-DE-041012155

Bankruptcy Case Number: 26-11626



00927-NJ-DE-041012155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2026, at 3:43 o'clock PM EDT, Anthony Ortiz completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 24, 2026          By:     /s/Deborah Cardona

Name:  Deborah Cardona

Title:   Certified Credit Counselor

Certificate Number: 00927-NJ-DE-041012156

Bankruptcy Case Number: 26-11626



00927-NJ-DE-041012156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2026, at 3:43 o'clock PM EDT, Stephanie Gonzalez Ortiz completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 24, 2026                              By:      /s/Deborah Cardona

                                                 Name:   Deborah Cardona

                                                 Title:    Certified Credit Counselor