**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ANTHONY E. ORTIZ
STEPHANIE GONZALEZ ORTIZ

**Order Filed on May 29, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  26-11626**

**Hearing Date:  05/28/2026**

**Judge:  JOHN K. SHERWOOD**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 29, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ANTHONY E. ORTIZ
            STEPHANIE GONZALEZ ORTIZ

Case No.:  26-11626JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/28/2026 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/28/2026 of the plan filed on 02/13/2026, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/11/2026 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.

2