| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    ANTHONY E. ORTIZ<br>    STEPHANIE GONZALEZ ORTIZ |

Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  26-11626

Hearing Date:  05/28/2026

Judge:  JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 29, 2026

_____

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  ANTHONY E. ORTIZ
              STEPHANIE GONZALEZ ORTIZ
Case No.:  26-11626JKS

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 05/28/2026 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/28/2026 of the plan filed on 02/13/2026, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/11/2026 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 26-11626-JKS

Anthony E. Ortiz                                                                                  Chapter 13

Stephanie Gonzalez Ortiz

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID**            **Recipient Name and Address**
db/jdb           + Anthony E. Ortiz, Stephanie Gonzalez Ortiz, 72 Lincoln Avenue, Rochelle Park, NJ 07662-3334

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Joint Debtor Stephanie Gonzalez Ortiz ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Anthony E. Ortiz ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: pdf903                               Total Noticed: 1
TOTAL: 5