Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–11626–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony E. Ortiz                              Stephanie Gonzalez Ortiz
72 Lincoln Avenue                             72 Lincoln Avenue
Rochelle Park, NJ 07662                       Rochelle Park, NJ 07662

Social Security No.:
xxx–xx–1034                                   xxx–xx–0606

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 06/10/26 and a confirmation hearing on the Modified Plan is scheduled for 7/9/2026 at 09:45 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 11, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-11626-JKS

Anthony E. Ortiz                                                                          Chapter 13

Stephanie Gonzalez Ortiz

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: 186 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony E. Ortiz, Stephanie Gonzalez Ortiz, 72 Lincoln Avenue, Rochelle Park, NJ 07662-3334 |
| 521018412 | + | CrossCountry Mortgage, LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Ste. 225, San Diego, CA 92108-3808 |
| 520981618 | + | Energy People Fcu, Po Box 279, Medford, NJ 08055-0279 |
| 520981626 | + | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520984878 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2026 21:07:16 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520986966 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2026 21:07:16 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4890, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521005731 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2026 21:07:32 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520981610 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2026 20:55:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 521038371 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2026 21:07:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520981611 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 11 2026 20:55:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520981612 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 11 2026 20:56:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520981613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2026 21:07:43 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521080618 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2026 20:56:00 | CrossCountry Mortgage, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520981617 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2026 20:56:00 | Crosscountry/mr Cooper, Po Box 612488, Dallas, |

District/off: 0312-2                              User: admin                                    Page 2 of 3
Date Rcvd: Jun 11, 2026                          Form ID: 186                                    Total Noticed: 37

|  |  |  |  |
|---|---|---|---|
|  |  |  | TX 75261-2488 |
| 521060409 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2026 20:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520987855 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 21:07:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520981621 | + Email/Text: Documentfiling@lciinc.com | Jun 11 2026 20:55:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521077192 | + Email/Text: Documentfiling@lciinc.com | Jun 11 2026 20:55:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 521076946 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521217679 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 11 2026 20:55:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520981623 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2026 20:57:00 | Nelnet, Attn: Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 520981625 | + Email/Text: bankruptcy@td.com | Jun 11 2026 20:57:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 521073791 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2026 21:07:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520981631 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520981632 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520981633 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:28 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520981634 | Email/Text: bankruptcy@td.com | Jun 11 2026 20:57:00 | TD Bank, Td Atrium - Corporate Office, Attn: Bank, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520981635 | Email/Text: bankruptcy@td.com | Jun 11 2026 20:57:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 521009757 | ^ MEBN | Jun 11 2026 20:53:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520981637 | ^ MEBN | Jun 11 2026 20:54:29 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520981640 | Email/Text: bknotice@upgrade.com | Jun 11 2026 20:55:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520981641 | ^ MEBN | Jun 11 2026 20:52:42 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 521067539 | + Email/PDF: ebn_ais@aisinfo.com | Jun 11 2026 21:07:17 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521025998 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 11 2026 21:07:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |
| 520981642 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jun 11 2026 21:07:15 | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2                  User: admin                  Page 3 of 3

Date Rcvd: Jun 11, 2026                  Form ID: 186                  Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520981614 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520981615 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520981616 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520981619 | *+ | Energy People Fcu, Po Box 279, Medford, NJ 08055-0279 |
| 520981620 | *+ | Energy People Fcu, Po Box 279, Medford, NJ 08055-0279 |
| 520981622 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520981624 | *+ | Nelnet, Attn: Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 520981627 | *+ | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 520981628 | *+ | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 520981629 | *+ | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 520981630 | *+ | Public Service Fcu, 619 Union Ave, Middlesex, NJ 08846-1963 |
| 520981636 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 520981638 | *+ | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520981639 | *+ | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Joint Debtor Stephanie Gonzalez Ortiz ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Anthony E. Ortiz ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5