| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY **(Newark)**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WAU 26-032396<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO | **Order Filed on October 2, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>ANTHONY E. ORTIZ AND STEPHANIE GONZALEZ ORTIZ,<br>DEBTORS | Case No.: 26-11626-**TBA**<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 2, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a vehicle installment contract obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. As of September 3, 2026, Debtors are delinquent in post-petition payments on the 2019 BMW 5 Series [VIN WBAJA7C57KWW26532] for the months of March 23, 2026 in the (partial) amount of $450.26, and April 23, 2026 through and including August 23, 2026 in the amount of $487.63 each, for a total post-petition delinquency amount of $2,888.41 due to the Secured Creditor.

2. To cure the delinquency of $2,888.41 outlined in Paragraph one (1) above, Debtors shall remit monthly cure payments of $481.41 each for the months of September 23, 2026 through January 23, 2027, and a final cure payment of $481.36 on February 23, 2027, directly to Secured Creditor.

3. Starting September 23, 2026, Debtors shall also maintain all contractually due post-petition payments, which currently amount to $487.63 monthly, directly to Secured Creditor.

4. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtors and Debtors' Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Date: 9-23-2026

/s/ Russell L. Low
Russell L. Low, Esquire
Attorney for the Debtors

Date: 09/22/2026